**Entered on Docket**
**February 12, 2010**

_Bruce A. Markell_
—————————————————
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wachovia Bank, N.A.
09-76560

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-27144-bam |
| Edgar Ronaldo Figueroa and Alicia Rodriguez | Date: 1/6/2010<br>Time: 8:30 a.m. |
| | Chapter 13 |
| Debtors | |

## ORDER VACATING AUTOMATIC STAY

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3  Secured Creditor Wachovia Bank, N.A., its assignees and/or successors in interest, of the subject

4  property, generally described as 6745 Mataro Dr., Las Vegas, NV 89103, and legally described as

5  follows:

6

7

8       Lot Fourteen (14) in Block Three (3) of VILLA BONITA OESTE-UNIT NO.2,
        as shown by map thereof on file in Book ,18 of Plats, Page 28, in the
9       Office of the County Recorder of Clark County, 'Nevada.

10    IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

11  Debtors at least five business days' notice of the time, place and date of sale.

12    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

13  withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of

14  the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured

15  Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

1    IT IS FURTHER ORDERED that in the event a Notice of Default was recorded against

2  this particular property prior to July 1, 2009, the Debtors can promptly submit a copy of this Order to the

3  State of Nevada, Foreclosure Mediation Program and the Order will be construed as an agreement

4  between the Secured Creditor and Debtors that they have voluntarily agreed to a mediation under the

5  Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program. The necessary

6  information can be accessed at "http://www.nevadajudiciary.us".

7    DATED this _____ day of _____, 2010.

8  Submitted by:
9  **WILDE & ASSOCIATES**
10  By:___/s/Gregory L. Wilde, Esq____
   **Gregory L. Wilde, Esq.**
11  Attorney for Secured Creditor
   208 South Jones Boulevard
12  Las Vegas, Nevada 89107

13  APPROVED / DISAPPROVED
   By:_____
14  Sanchez Law Group
15  900 South Fourth St.
   Suite 100
16  Las Vegas, NV 89101
   Attorney for Debtor(s)
17
18  Nevada Bar No:_____

19  APPROVED / DISAPPROVED

20  By:_____
   Rick A. Yarnall
21  701 Bridger Avenue #820
   Las Vegas, NV 89101
22  Chapter 13 Trustee

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or   _x__ failed to respond to the document


_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document


_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor